Andrew F. Morrison v. Ella L. Laing.— Motion denied, with ten dollars costs.

Mary E. Murphy v. Adrian H. Joline and Others.— Application denied, with ten dollars costs. Order signed.

William O. Gennert v. Butterick Publishing Company. Marx Ottinger v. John R. Bennett.— Motions denied, with ten dollars costs.

McCall Company v. John H. Wright.— Motion granted; question certified.

William Carter v. Builders' Construction Company.— Motion denied, with ten dollars costs. Settle order on notice.

Howard Slade v. Frank Squier and Another.— Motion denied, with ten dollars costs. Settle order on notice.

Leo Frank v. William Bernard.— Motion granted. Settle order on notice.

Elliott Cobb v. United Engineering Company.— Motion denied. Settle order on notice.

Theodore Busch v. William Casey.— Motion granted. Settle order on notice.

Bertha J. Carleton v. Union Transfer Company. Henrietta Adams v. H. Koehler & Company.— Applications granted. Orders signed.

In the Matter of American Exchange National Bank, Respondent, v. H. and J. T. Slade, a Corporation. Mary G. Slade, Appellant.— Motion to dismiss appeal denied. Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Charles Barry.— Motion granted. Memorandum per curiam.

Genevieve R. Carradine, as Administratrix, etc., of Reed Carradine, Deceased, Respondent, v. Thomas Taggart, Appellant.— Judgment reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,500, in which event judgment as so reduced affirmed, without costs. No opinion. Scott, J., dissented and voted for reversal. Settle order on notice.

John D. Park and Sons Company, a Corporation Organized under the Laws of the State of Kentucky, Appellant, v. Charles Hubbard and Others, Respondents.— On plaintiff's appeal, order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Sidney J. Cowen, as Committee of the Person and Estate of Mary Ann Dunn, an Incompetent Person, Appellant, for the Removal of Carrie B. Cawley, as Administratrix c. t. a. of Ellen L. Dunn, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles C. Burlingham and Others, as Trustees of the Property, Assets and Effects of Thomas A. McIntyre and Others, Individually and Composing the Firm of T. A. McIntyre & Company, Respondents, v. Robert S. Adams, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Boudinot Keith, as Trustee under a Deed of Trust Dated the 23d Day of November, 1908, Appellant, v. The Mutual Life Insurance Company of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Grace Smith, an Infant, by Andrew Smith, Her Guardian ad Litem, Respond-